IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 2:19-CR-04087-1-BCW |
| FRANKLIN BOOKER RICHMOND, III, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Willie J. Epps Jr.'s Report and Recommendation (Doc. #35) denying Defendant Franklin Booker Richmond, III's Motion to Disclose Confidential Informant and Motion to Suppress (Docs. #22, #23). Defendant filed objections (Doc. #36) to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Willie J. Epps Jr.'s findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #35), Defendant's Motion to Disclose Confidential Informant (Doc. #22) is DENIED. It is further

ORDERED for the reasons stated in the Report and Recommendation (Doc. #35), Defendant's Motion to Suppress (Doc. #23) is DENIED. It is further

ORDERED that Magistrate Judge Willie J. Epps Jr's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: January 25, 2021                /s/ Brian C. Wimes
                                        JUDGE BRIAN C. WIMES
                                        UNITED STATES DISTRICT COURT

1